UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COUNTY COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
ORANGE COUNTY, FLORIDA, STATE
OF FLORIDA and OFFICER A. FERRI,

    Plaintiffs,

v.                                        Case No: 6:16-cv-18-Orl-18TBS

NOBLE MARKUSH BEY,

    Defendant.

## ORDER

This cause comes for consideration on Defendant Noble Markush Bey's Motions for Leave to Proceed In Forma Pauperis (Doc. 8; Doc. 9), which the Court referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation. (Doc. 10). Bey filed an objection (Doc. 11). Having reviewed the Report and Recommendation and Bey's Objection, it is hereby **ORDERED and ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 10) is **APPROVED** and **ADOPTED**.

2. Defendant Noble Markush Bey's case is **DISMISSED WITH PREJUDICE**. All pending motions are **DENIED**.

3. The Clerk of the Court is directed to **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this ___8___ day of April, 2016.

                                                      G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties